# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVON DISTRIBUTING CORP., an Iowa Corporation, d/b/a CARPENTER EROSION CONTROL, )<br>)<br>)<br>)   Plaintiff, )<br>)<br>vs. )<br>)<br>DAVE HAUSMAN and HAUSMAN ENTERPRISES, INC., a Nebraska Corporation, )<br>)<br>)<br>)   Defendant. | Case No. 8:05CV51<br><br>**STIPULATED PROTECTIVE ORDER** |

Before the Court is Filing no. 22, the joint Stipulation For Protective Order and attached Exhibit A submitted by the parties. Upon review and consideration, Filing no. 22 is approved by the Court. The parties shall be bound by its terms and conditions.

SO ORDERED.

DATED this 20th day of June, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared and submitted:

By:   s/John A. Sharp_____
        John A. Sharp (#23111)
of     BAIRD, HOLM, McEACHEN,
        PEDERSEN, HAMANN & STRASHEIM
        1500 Woodmen Tower
        Omaha, Nebraska 68102-2068
        Telephone: (402) 344-0500
        Fax: (402) 231-8556
        Email: jsharp@bairdholm.com