IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVON DISTRIBUTING CORP., etc., | ) ) ) 8:05CV51 |
| Plaintiff, | ) ) |
| v. | ) ) ORDER |
| DAVE HAUSMAN and HAUSMAN ENTERPRISES, INC., a Nebraska Corporation, | ) ) ) ) |
| Defendants. | ) |

IT IS ORDERED:

Plaintiff's motion for time, filing 26, is granted and the deadline for disclosure of experts is extended to November 1, 2005.

DATED this 7th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge