IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVON DISTRIBUTING, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV51 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVE HAUSMAN, and HAUSMAN ENTERPRISES, | ) ) ) | ORDER AMENDING SCHEDULE FOR PROGRESSION OF CASE |
| Defendants. | ) ) | |

The parties' joint motion for continuance of the progression schedule, filing 28, is granted and,

1. Jury trial is set to commence, at the court's call, during the week of April 17, 2006 for nine trial days, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska, before The Honorable Richard G. Kopf, United States District Judge. Unless otherwise ordered, jury selection shall be at the commencement of trial.

2. The Final Pretrial Conference with the undersigned magistrate judge will be held on March 16, 2006, at 1:00 p.m. in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

3. The deposition deadline is continued to February 20, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 4th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge