THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVON DISTRIBUTING CORP., an Iowa corporation, d/b/a CARPENTER EROSION CONTROL, | ) ) ) ) ) | 8:05cv51 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| DAVE HAUSMAN and HAUSMAN ENTERPRISES, INC., a Nebraska corporation, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The <u>Markman</u> hearing in this case, previously set for December 16, 2005, has been moved to Friday, December 23, 2005, from 9:00 a.m. to 11:00 a.m. in Courtroom Number 1, 5th Floor, United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

2. Counsel for the parties shall file pre-hearing briefs on or before Wednesday, December 21, 2005.

December 8, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge