THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVON DISTRIBUTING CORP., | ) | 8:05CV51 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DAVE HAUSMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' oral request for additional time in which to submit a joint stipulation for dismissal or other dispositive stipulation which will fully dispose of this case,

IT IS ORDERED that the parties' oral request for additional time in which to comply with the court's Settlement Order (filing 47) is granted, and the parties shall have until February 17, 2006, to file a joint stipulation for dismissal or other dispositive stipulation, together with a draft order which will fully dispose of this case, in the absence of which the court may dismiss this action without further notice.

February 6, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge